**FILED**

05/24/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0172

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### No. DA 24-0172

STATE OF MONTANA,

      Plaintiff and Appellee,

vs.

ISAIAH JAMES PEHRINGER,

      Defendant and Appellant.

---

## GRANT

---

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until July 1, 2024 to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 24 2024